

R&S CRAFTS & FLORIST - MAIN (568)  
Voucher #: 014389  Sort Order: 6

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| LINDA K HARAGEONES - (I18715) | 07-16-2021 | 07-03-2021 | 07-09-2021 | 450720 |

Federal Tax-Status SS Allowances Single  
State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 07-09-2021 | REGULAR | 12.0000 | 18.00 | 216.00 |
| | Totals: | | 18.00 | 216.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FICA - MEDICARE | 3.13 | 3.13 |
| FICA - OASDI | 13.39 | 13.39 |
| Totals: | 16.52 | 16.52 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | ███████ | 199.48 |
| Totals: | | 199.48 |

**Net Pay:** $199.48  
**Net Pay YTD:** $199.48

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR | 216.00 |
| Totals: | $216.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Build: CPR-2827  
Query: HRP_CHECKS.MVQ Version: Standard 21.04.206

---

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW.

R&S CRAFTS & FLORIST  
HHG/EMPLOYEE SOLUTIONS  
672 BRENT LANE  
PENSACOLA, FL 32503

450720  
07-16-2021

AMOUNT: ** VOID **

Pay: Non-negotiable

**Non-Negotiable**

To The Order Of:  
LINDA K HARAGEONES  
4440 YARMOUTH PLACE  
PENSACOLA, FL 32514

R&S CRAFTS & FLORIST - MAIN (568)

Voucher #: 014414  Sort Order: 5

| Employee Information | Check Date | Revised Start Date | Period End Date | Check No |
|---|---|---|---|---|
| LINDA K HARAGEONES - (I18715) | 07-23-2021 | 07-10-2021 | 07-16-2021 | 452072 |

Federal Tax-Status SS Allowances Single          State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 07-16-2021 | REGULAR | 12.0000 | 16.75 | 201.00 |
| | Totals: | | 16.75 | 201.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FICA - MEDICARE | 2.92 | 6.05 |
| FICA - OASDI | 12.46 | 25.85 |
| Totals: | 15.38 | 31.90 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | ███████ | 185.62 |
| Totals: | | 185.62 |

**Net Pay**: $185.62
**Net Pay YTD**: $385.10

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR | 417.00 |
| Totals: | $417.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Build: CPR-2827                    Query: HRP_CHECKS.MVQ Version: Standard 21.04.206

---

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW

R&S CRAFTS & FLORIST                                      452072
HHG/EMPLOYEE SOLUTIONS                                    07-23-2021
672 BRENT LANE
PENSACOLA, FL 32503

AMOUNT  ** VOID **

Pay: Non-negotiable

*Non-Negotiable*

To The Order of:   LINDA K HARAGEONES
                   4440 YARMOUTH PLACE
                   PENSACOLA, FL 32514

R&S CRAFTS & FLORIST - MAIN (568)                                      Voucher #: 014431  Sort Order: 5

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| LINDA K HARAGEONES - (I18715) | 07-30-2021 | 07-17-2021 | 07-23-2021 | 452959 |

Federal Tax-Status SS Allowances Single                State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 07-23-2021 | REGULAR | 12.0000 | 22.00 | 264.00 |
| | Totals: | | 22.00 | 264.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 2.27 | 2.27 |
| FICA - MEDICARE | 3.82 | 9.87 |
| FICA - OASDI | 16.37 | 42.22 |
| Totals: | 22.46 | 54.36 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | ████ | 241.54 |
| Totals: | | 241.54 |

**Net Pay:** $241.54
**Net Pay YTD:** $626.64

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR | 681.00 |
| Totals: | $681.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Build: CPR-2827                                           Query: HRP_CHECKS.MVQ Version: Standard 21.04.206

---

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW

R&S CRAFTS & FLORIST                                                                           452959
HHG/EMPLOYEE SOLUTIONS                                                                      07-30-2021
672 BRENT LANE
PENSACOLA, FL 32503

AMOUNT: ** VOID **

Pay: Non-negotiable

To The Order of:  LINDA K HARAGEONES
                  4440 YARMOUTH PLACE
                  PENSACOLA, FL 32514

*Non-Negotiable*



```
R&S CRAFTS & FLORIST - MAIN (568)                    Voucher #: 014466  Sort Order: 6
                                    Check      Period Start   Period End    Check No
Employee Information                Date            Date          Date
LINDA K HARAGEONES - (I18715)     08-13-2021     07-31-2021    08-06-2021    455619
                                              State Tax - Status NONE  Allowances NONE
Federal Tax-Status SS Allowances Single
                                                    DEDUCTIONS / TAXES
           CURRENT EARNINGS DETAIL            Description          Amount    Y-T-D
Charge                        Hours/
Date    Description    Rate   Units   Amount  FEDERAL INCOME        4.97     7.24
08-06-2021 REGULAR   12.0000  24.25   291.00  FICA - MEDICARE       4.22    17.01
                                              FICA - OASDI         18.05    72.73
```

```
                Totals:      24.25   291.00
                                              Net Pay
          DIRECT DEPOSIT
Type          Account          Amount         $263.76
CHECKING                       263.76
                                              Net Pay YTD

                                              $1,076.02
                Totals:        263.76                 Totals:    27.24    96.98

        Y-T-D EARNINGS          PAID TIME OFF         EMPLOYER CONTRIBUTIONS
Description          Amount  Description    Balance  Description       Amount   Y-T-D
REGULAR              1173.00
```

```
           Totals:  $1,173.00                         Totals:     0.00      0.00
```

Build: CPR-2827                              Query: HRP_CHECKS.MVQ Version: Standard 21.04.206

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW

```
       R&S CRAFTS & FLORIST                                          455619
       HHG/EMPLOYEE SOLUTIONS
       672 BRENT LANE                                              08-13-2021
       PENSACOLA, FL 32503
                                                                    AMOUNT
                                                                 ** VOID **
        Pay: Non-negotiable

To The        LINDA K HARAGEONES
Order         4440 YARMOUTH PLACE
 of:          PENSACOLA, FL 32514
```

Non-Negotiable



R&S CRAFTS & FLORIST - MAIN (568)  
Voucher #: 014482  Sort Order: 6

**Employee Information** | **Check Date** | **Period Start Date** | **Period End Date** | **Check No**
---|---|---|---|---
LINDA K HARAGEONES - (I18715) | 08-20-2021 | 08-07-2021 | 08-13-2021 | 169192

Federal Tax-Status SS Allowances single  
State Tax - Status NONE Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Hours/Rate | Units | Amount |
|---|---|---|---|---|
| 08-13-2021 | REGULAR | 12.0000 | 25.00 | 300.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 5.87 | 13.11 |
| FICA - MEDICARE | 4.35 | 21.36 |
| FICA - OASDI | 18.60 | 91.33 |

Totals: 25.00  300.00

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | | 0.00 |

**Net Pay** $271.18  
**Net Pay YTD** $1,347.20

Totals: 0.00  
Totals: 28.82  125.80

### Y-T-D EARNINGS
| Description | Amount |
|---|---|
| REGULAR | 1473.00 |

### PAID TIME OFF
| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS
| Description | Amount | Y-T-D |
|---|---|---|

Totals: $1,473.00  
Totals: 0.00  0.00

Build: CPR-2827  
Query: HRP_CHECKS.MVQ Version: Standard 21.04.206

---

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW.

R&S CRAFTS & FLORIST  
HHG/EMPLOYEE SOLUTIONS  
672 BRENT LANE  
PENSACOLA, FL 32503

HHG EMPLOYEE SOLUTIONS  
WHITNEY NATIONAL BANK  
228 ST CHARLES AVENUE  
NEW ORLEANS, LA 70072

169192  
08-20-2021

AMOUNT  
**********271.18

Pay: TWO HUNDRED SEVENTY-ONE DOLLARS and 18 CENTS

To The order of:  
LINDA K HARAGEONES  
4440 YARMOUTH PLACE  
PENSACOLA, FL 32514

*Pat Dutschke*

MP

